HARRY G. WOODWORTH and Others, Copartners, Doing Business under the Firm Name and Style of WOODWORTH, LOUNSBERY & Co., Appellants, v. ROBERT A. SASSEEN, Respondent. (Appeal No. 1.) — Order denying motion to vacate notice of examination before trial affirmed, with ten dollars costs and disbursements.

* Revd., 252 N. Y. 7.

Examination to proceed on five days' notice. No opinion. Rich, Kapper and Seeger, JJ., concur; Lazansky, P. J., and Young, J., dissent upon the ground that issue has not been joined as to the counterclaim and that the notice of examination was premature.